

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00238-CR

Ricardo **PEDRAZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRR107-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFRIMED.

SIGNED December 31, 2014.

_____
Karen Angelini, Justice